Deborah WILSON, Plaintiff/Appellant,

Henrietta Holly, Plaintiff,

v.

**RENTAL RESEARCH SERVICES, INC., a Minnesota corporation, Defendant/Appellee.**

Federal Trade Commission, Amicus on Behalf of Appellant,

**The First American Financial Corporation; Associated Credit Bureaus, Inc., Amici on Behalf of Appellee.**

No. 97-4386.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 13, 1999.

Decided March 15, 2000.

Timothy L. Thompson, Minneapolis, MN, argued, for appellant.

David C. Shonka, F.T.C., Washington, D.C., argued, for amicus on behalf of appellant F.T.C.

Robert P. Travis, Minneapolis, MN, argued, for appellee.

Before WOLLMAN, Chief Judge, HEANEY, McMILLIAN, RICHARD S. ARNOLD, BOWMAN, BEAM, LOKEN, HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

PER CURIAM.

Chief Judge Wollman, Judge Bowman, Judge Beam, Judge Loken, and Judge Hansen would affirm the district court's order dismissing appellant's complaint brought under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681–1681u. Judge Heaney, Judge McMillian, Judge Richard S. Arnold, Judge Morris Sheppard Arnold, and Judge Murphy would reverse that order.

By vote of an equally divided court, the district court's order is affirmed.